452 A.2d 1010

**COMMONWEALTH of Pennsylvania**

v.

**Curtis THOMAS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1982.

Decided Dec. 10, 1982.

Neil E. Jokelson, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Mark S. Gurevitz, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of Sentence affirmed.